Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Eric Wardwell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEVINDER DHARIWAL dba JACK'S GAS,<br><br>        Defendant. | No. 1:10-CV-02241-LJO-DLB<br><br>**NOTICE OF DISMISSAL OF ACTION; ORDER** |

　　　WHEREAS, no Defendant has filed a responsive pleading or a motion for summary judgment;

　　　WHEREAS, Plaintiff and all Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed in this action;

　　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 22, 2011                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff

*Wardwell v. Dhariwal*
Notice of Dismissal

Page 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **March 22, 2011**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

*Wardwell v. Dhariwal*
Notice of Dismissal